IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,  ) Case / Citation No. 5:07-mj-15 TAG
    Plaintiff,  )
vs.  ) DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE
Stephanie A. Alex,  )
    Defendant.  )

Defendant hereby requests a Court Order waiving ~~his~~/her appearance at ~~his~~/her __Status__ Hearing scheduled for 7/10/07 at 9:30 a.m. ~~Defendant resides in _____, _____ and it would be a financial hardship for him/her to travel to _____, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _____ Hearing.~~

Defendant hereby waives ~~his~~/her presence at the __Status__ hearing on 7/10/07 at 9:30 a.m. and requests the Court to proceed during ~~his~~/her absence and agrees that ~~his~~/her interest will be deemed the same as if ~~he~~/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 6-7-07

David Wallis / DavWal
Defendant's Counsel (Print and Sign)

X Stephanie Alex
Defendant's (Signature)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on July 10, 2007.

Dated: JUN 07 2007

THERESA A. GOLDNER
U.S. Magistrate Judge

1