1  MCGREGOR W. SCOTT
   United States Attorney
2  SIMONE DAVIS
3  Special Assistant United States Attorney
   1 South Rosamond Blvd.
4  Edwards AFB, California 93524
   Phone: (661) 275-3796
5  E-Mail: Simone.Davis@Edwards.af.mil
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | STIPULATION FOR CHANGE OF HEARING DATE; ORDER THEREON |
| v. | CASE NO. 5:07-mj-00015 TAG |
| STEPHANIE A. ALEX, | MAGISTRATE JUDGE THERESA A. GOLDNER |
| Defendant. | |

Simone Davis, attorney for the United States, and David M. Wallin, attorney for the defendant, with the consent of the defendant, Stephanie A. Alex, request this honorable Court schedule a hearing on this matter for October 11, 2007 at the United States Courthouse located on Edwards Air Force Base, California. This matter is currently scheduled for a hearing on September 13, 2007. Both the United States and the defendant agree that it is in the best interests of both parties to reschedule this hearing for October 11, 2007.

_____          _____
Simone Davis                        David M. Wallin
Special Assistant United States Attorney   Attorney for Defendant

9/11/2007                           9/11/07
Date                                Date

1

1 ORDER
2
3 IT IS HEREBY ORDERED that the hearing in the matter of US v. Stephanie A. Alex, case
4 number 5:07-mj-00015 TAG be scheduled for October 11, 2007.
5
6
7 DATED this 11th day of September, 2007.
8
9
10 /s/ Theresa A. Goldner
11 THERESA A. GOLDNER
12 UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28