1  LAW OFFICES OF DAVID M. WALLIN
   David M. Wallin, Esq. SBN 128444
2  41319 12th Street West, Suite 101
3  Palmdale, CA 93551
   Phone: (661) 267-1313
4

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9
   | UNITED STATES OF AMERICA, | |
   |---|---|
10 | Plaintiff, | STIPULATION TO EXTEND TIME TO ENROLL; ORDER THEREON |
11 | | |
12 | v. | CASE NO. 5:07-mj-00015 TAG |
13 | STEPHANIE A. ALEX, | MAGISTRATE JUDGE THERESA A. GOLDNER |
14 | Defendant. | |

15
16  Simone Davis, attorney for the United States, and David M. Wallin, attorney for the defendant,
17  with the consent of the defendant, Stephanie A. Alex request this honorable Court, pursuant to
    judgment, to allow defendant to have 30 additional days to enroll in the alcohol program.
18

19
20  _____          _____
    Simone Davis                      David M. Wallin
21  Special Assistant United States Attorney    Attorney for Defendant

22
23  31 March 2008                    3/31/08
24  Date                             Date

25

26

27

28

                                        1

ORDER

IT IS HEREBY ORDERED that the defendant in the matter of US v. Stephanie A. Alex, case number 5:07-mj-00015 TAG be allowed 30 additional days, from the date below, to enroll in the alcohol program.

DATED this 31st day of March, 2008.

THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE

2